UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WYETH, INC., a/k/a WYETH COMPANY, f/k/a AMERICAN HOME PRODUCTS CORPORATION; WARNER-LAMBERT COMPANY; PARKE-DAVIS, a division of Warner-Lambert Company; PFIZER, INC.; MCNEIL-PPC, INC.; NOVARTIS CORPORATION; NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION; PRESTIGE BRANDS, INC.; and THE PROCTER AND GAMBLE COMPANY,<br><br>　　　　　Defendants. | Civil Action No.<br>05-11169-NMG |

### DEFENDANT WYETH'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Wyeth, Inc. ("Wyeth"), hereby makes the following corporate disclosure:

(1) Defendant Wyeth was formerly known as American Home Products Corporation;

(2) Wyeth has no parent corporation; and

(3) No publicly held company owns 10% or more of Wyeth.

1

WYETH, INC.


_____/s/   Edward Hale_____
Gabrielle R. Wolohojian (BBO #555704)
Edward E. Hale, Jr. (BBO #651272)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000

Dated:  June 14, 2005