UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dawn Thompson,
        Plaintiff(s),

v.

CIVIL ACTION
NO. 05-11169-NMG

Wyeth, Inc. et al,
        Defendant(s),

ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton is a stockholder and officer of a closely-held family corporation that is represented by the Kirkpatrick & Lockhart lawfirm, he hereby recuses himself from this case.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: 6/9/05