UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, INC., a/k/a WYETH COMPANY, f/k/a AMERICAN HOME PRODUCTS CORPORATION; WARNER-LAMBERT COMPANY; PARKE-DAVIS, a division of Warner-Lambert Company; PFIZER, INC.; MCNEIL-PPC, INC.; NOVARTIS CORPORATION; NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION; PRESTIGE BRANDS, INC.; and THE PROCTER AND GAMBLE COMPANY,<br><br>Defendants. | Civil Action No.<br>05-11169-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Gabrielle R. Wolohojian, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, (617) 526-6000 (telephone), (617) 526-5000 (facsimile), for defendant Wyeth, Inc. in the above-captioned matter.

WYETH, INC.

   /s/   Gabrielle R. Wolohojian
Gabrielle R. Wolohojian (BBO #555704)
Edward E. Hale, Jr. (BBO #651272)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Dated: June 23, 2005