UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 05-11169-DPW |
| WYETH, INC., a/k/a Wyeth Company, f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a division of Warner-Lambert Company, PFIZER INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION, PRESTIGE BRANDS, INC., and THE PROCTOR AND GAMBLE COMPANY, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. Tosi on behalf of defendant Novartis Corporation in the above-captioned action. Counsel for Novartis Corporation identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

- 2 -

Respectfully submitted,

NOVARTIS CORPORATION,

By its attorneys,

*/s/ Ryan M. Tosi*

---

Rory FitzPatrick (BBO #169960)
(rfitzpatrick@klng.com)
Andrew C. Glass (BBO #638362)
(aglass@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109
(617) 261-3100

Dated: June 27, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June, 2005, I served a true copy of the foregoing document by first class mail, postage pre-paid, upon all counsel of record as follows:

| | |
|---|---|
| Kenneth G. Gilman, Esq.<br>Douglas J. Hoffman, Esq.<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Gabrielle R. Wolohojian, Esq.<br>Edward E. Hale, Jr., Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Joseph J. Leghorn, Esq.<br>J. Christopher Allen, Jr., Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110 | Joseph F. Shea, Esq.<br>Michelle Chassereau Jackson, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA  02210-2604 |
| Charles N. Jolly, Esq.<br>Baker Donelson, Bearman, Caldwell & Berkowitz, PC<br>1800 Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450-1800 | Mark J. Hoover, Esq.<br>Campbell, Campbell, Edwards & Conroy, P.C.<br>One Constitution Center<br>Third Floor<br>Boston, MA 02129 |
| John E. Hall, Esq.<br>Michael S. Labson, Esq.<br>Covington & Burling<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC  20004 | Edwin F. Landers, Jr., Esq.<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210 |

                                        */s/ Ryan M. Tosi*
                                        _____
                                        Ryan M. Tosi