UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, INC., a/k/a Wyeth Company, f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a division of Warner-Lambert Company, PFIZER INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION, PRESTIGE BRANDS, INC., and THE PROCTOR AND GAMBLE COMPANY,<br><br>Defendants. | C.A. No. 05-11169-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Rory FitzPatrick on behalf of defendant Novartis Corporation in the above-captioned action. Counsel for Novartis Corporation identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

BOS-875019 v1 0509970-0907

- 2 -

        Respectfully submitted,

        NOVARTIS CORPORATION,

        By its attorneys,

        */s/ Rory FitzPatrick*

        _____
        Rory FitzPatrick (BBO #169960)
        (rfitzpatrick@klng.com)
        Andrew C. Glass (BBO #638362)
        (aglass@klng.com)
        Ryan M. Tosi (BBO #661080)
        (rtosi@klng.com)
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA 02109
        (617) 261-3100

Dated: June 27, 2005

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of June, 2005, I served a true copy of the foregoing document by first class mail, postage pre-paid, upon all counsel of record as follows:

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Joseph J. Leghorn, Esq.
J. Christopher Allen, Jr., Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Charles N. Jolly, Esq.
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

John E. Hall, Esq.
Michael S. Labson, Esq.
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, DC 20004

Gabrielle R. Wolohojian, Esq.
Edward E. Hale, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Joseph F. Shea, Esq.
Michelle Chassereau Jackson, Esq.
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Mark J. Hoover, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center
Third Floor
Boston, MA 02129

Edwin F. Landers, Jr., Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

    */s/ Rory FitzPatrick*
    _____
    Rory FitzPatrick