UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>WYETH, INC., a/k/a Wyeth Company, f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a division of Warner-Lambert Company, PFIZER INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION, PRESTIGE BRANDS, INC., and THE PROCTOR AND GAMBLE COMPANY, )<br><br>Defendants. ) | C.A. No. 05-11169-DPW |

**NOVARTIS CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Novartis Corporation hereby discloses that:

1. The parent corporation of Novartis Corporation is Novartis Holding AG. No other company owns 10% or more of the stock of Novartis Corporation.

2. The ultimate, indirect parent corporation of Novartis Corporation is Novartis AG.

Respectfully submitted,

NOVARTIS CORPORATION,

By its attorneys,

*/s/ Andrew C. Glass*

---

Rory FitzPatrick (BBO #169960)
(rfitzpatrick@klng.com)
Andrew C. Glass (BBO #638362)
(aglass@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109
(617) 261-3100

Dated: June 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2005, I served a true copy of the foregoing document by first class mail, postage pre-paid, upon all counsel of record as follows:

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Gabrielle R. Wolohojian, Esq.
Edward E. Hale, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Joseph J. Leghorn, Esq.
J. Christopher Allen, Jr., Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Joseph F. Shea, Esq.
Michelle Chassereau Jackson, Esq.
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604

Charles N. Jolly, Esq.
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

Mark J. Hoover, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center
Third Floor
Boston, MA 02129

John E. Hall, Esq.
Michael S. Labson, Esq.
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, DC  20004

Edwin F. Landers, Jr., Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

*/s/ Andrew C. Glass*
_____
Andrew C. Glass