UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>WYETH, INC., a/k/a WYETH COMPANY, f/k/a AMERICAN HOME PRODUCTS CORPORATION; WARNER-LAMBERT COMPANY; PARKE-DAVIS, a division of Warner-Lambert Company; PFIZER, INC.; MCNEIL-PPC, INC.; NOVARTIS CORPORATION; NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION; PRESTIGE BRANDS, INC.; and THE PROCTOR AND GAMBLE COMPANY,<br><br>            Defendants. | Civil Action No.<br>05-11169-DPW |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

This assented-to Motion is filed by defendants Pfizer Inc. ("Pfizer"), Warner-Lambert Company LLC ("Warner-Lambert"), improperly named as Warner-Lambert Company, on behalf of itself and its unincorporated Parke-Davis division ("Parke-Davis"), Wyeth, Inc., McNeil-PPC, Inc., Novartis Corporation, Prestige Brands, Inc., and The Procter & Gamble Company (collectively "Defendants").

On June 13, 2005, Defendants filed an assented-to motion for an extension of time to and including June 27, 2005 in order to respond to the Complaint of plaintiff Dawn Thompson ("Plaintiff"), which motion was allowed. Defendants respectfully request a further extension of time as set forth below. In support of their assented-to Motion, Defendants state as follows:

1.	Plaintiff filed her Complaint in this action on February 11, 2005 in the Superior Court Department of Essex County, Massachusetts.

2.	Defendants were served with a summons and copy of the Complaint in or about the first week of May, 2005.

3.	Defendants Pfizer, Warner-Lambert and Parke-Davis filed a Notice of Removal with this Court on June 6, 2005.

4.	The Complaint alleges, among other things, that Defendants engaged in material misrepresentations in connection with the marketing and sale of various over-the-counter children's cough syrups that contained the active ingredient dextromethorphan.

5.	Plaintiff claims, among other things, that Defendants marketed these cough syrups as "effective in suppressing children's coughs" while the cough syrups are "no more effective in children than a placebo." See Complaint at ¶ 2.

6.	Because of the complex nature of the issues presented by the Complaint, Defendants, with Plaintiff's assent, moved for an extension of time until June 27, 2005 to answer or otherwise plead pursuant to Fed. R. Civ P. Rule 12. This motion was allowed on June 15, 2005.

7.	Plaintiff subsequently informed Defendants of her intent to move to remand this action back to the Superior Court Department of Essex County. Plaintiff has also informed Defendants of her intent to amend the Complaint in order to add a claim against Defendants for violations of G.L. C. 93A.

8.	As result, Defendants request a further extension of time to answer or otherwise plead until either thirty (30) days after Plaintiff has filed her amended Complaint *or* until thirty

(30) days after a final decision issues on the Plaintiff's anticipated Motion to Remand, whichever period is *longest*.

9.     By and through her counsel, Plaintiff has assented to the extension sought by the Defendants.

10.    Such an extension of time will not unnecessarily delay the just and prompt resolution of this action, will conserve judicial resources and may also narrow the issues before this Court.

WHEREFORE, Defendants respectfully request that this Court:

a.     Grant their Motion;

b.     Enter an Order extending the time for Defendants to answer or otherwise plead until either thirty (30) days after Plaintiff has filed her amended Complaint or until thirty (30) days after a final decision issues (by either this Court or the United States Court of Appeals for the First Circuit) on the Plaintiff's Motion to Remand, whichever period is longest; and

c.     Grant such further relief as this Court deems just and appropriate.

ASSENTED TO:
Plaintiff, Dawn Thompson,
By Her Attorney,

*/s/ Kenneth G. Gilman*
_____
Kenneth G. Gilman (BBO #192760)
Douglas J. Hoffman (BBO #640472)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel. (781) 231-7850
Fax (781) 231-7840

Respectfully submitted,
The Defendants,
By Their Counsel,

*/s/ J. Christopher Allen, Jr.*
_____
Joseph J. Leghorn (BBO #292440)
J. Christopher Allen, Jr. (BBO #648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel. (617) 345-1000
Fax (617) 345-1300
Counsel for Defendants,
Warner-Lambert Company LLC, Parke-Davis,
  and Pfizer Inc.

*/s/ Gabrielle R. Wolohojian*
_____
Gabrielle R. Wolohojian (BBO #555704)
Edward Hale (BBO #651272)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax (617) 526-5000
Counsel for Defendant, Wyeth, Inc.

*/s/ Rory Fitzpatrick*
_____
Rory Fitzpatrick (BBO #169960)
Andrew C. Glass (BBO #638362)
Kirkpatrick & Lockhart Nicholson
  Graham LLP
75 State Street
Boston, MA 02109
Tel. (617) 261-3100
Fax (617) 261-3175
Counsel for Defendant, Novartis Corporation

*/s/ Joseph F. Shea*

_____
Joseph F. Shea (BBO # 555473)
Nutter McClennan & Fish LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2604
Tel. (617) 439-2000
Fax (617) 310-9000
Counsel for Defendant, McNeil-PPC, Inc.

*/s/ Mark Hoover*

_____
Mark Hoover, Esq. (BBO #564473)
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center
Third Floor
Boston, MA  02129
(617) 241-3000 (p)
(617) 241-5115 (f)

-and-

David Maron, Esq.
Robert W. Sauser, Esq.
Baker, Donelson, Bearman, Caldwell &
 Berkowitz, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
Tel. (423) 752-4404
Fax (423) 752-9567
Counsel for Defendant, Prestige Brands, Inc.

/s/ Edwin F. Landers, Jr.
_____
Edwin F. Landers, Jr.  (BBO #559360)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7583
Fax (617) 342-4967


- and -

John E. Hall
Michael Labson
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel. (202) 662-5104
Fax (202) 778-5104
Counsel for Defendant,
The Procter & Gamble Company

## CERTIFICATE OF SERVICE

I, J. Christopher Allen, Jr. do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 27th day of June, 2005.

/s/ J. Christopher Allen, Jr.
_____
J. Christopher Allen, Jr.