UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WYETH, INC., A/K/A WYETH COMPANY F/K/A AMERICAN HOME PRODUCTS CORPORATION, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a division of WARNER-LAMBERT COMPANY, PFIZER, INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH INC., RITE-AID CORPORATION, PRESTIGE BRANDS, INC. and THE PROCTOR AND GAMBLE COMPANY, <br><br> Defendants. | C.A. NO. <br> 05-11169-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Mark J. Hoover, on behalf of the defendant,

Prestige Brands Holdings, Inc. Counsel for Prestige Brands Holdings, Inc. requests

receipt of notice of court filings in this matter by the Case Management/Electronic Filing

System.

Respectfully submitted,

PRESTIGE BRANDS HOLDINGS, INC.,

Dated: June 29, 2005

_____/s/ Mark J. Hoover_____
Mark J. Hoover  (BBO No. 564473)
CAMPBELL, CAMPBELL, EDWARDS &
CONROY
One Constitution Plaza, 3rd Floor
Boston, Massachusetts 02129
Telephone: (617) 241-3000
mhoover@campbell-trial-lawyers.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 29, 2005 I served the within document, by causing a copy to be delivered on by first class mail to:

Gabrielle R. Wolohojian, Esq.
Edward Hale, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Edwin F. Landers, Jr., Esq.
Morrison Mahoney
250 Summer Street
Boston, MA 02210

Joseph J. Leghorn, Esq.
Chris Allen, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Rory FitzPatrick, Esq.
Andrew C. Glass, Esq.
Kirkpatrick & Lockhard Nicholson Graham LLP
75 State Street
Boston, MA 02109

Joseph F. Shea, Esq.
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John E. Hall, Esq.
Michael Labson, Esq.
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, DC 20004

Kenneth G. Gilman, Esq.
Gilman & Pastor
60 State Street
Boston, MA 02109

_____/s/ Mark J. Hoover_____
Mark J. Hoover