IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on her own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, INC., et al.<br><br>    Defendants. | Civil Action No. 05-cv-11169 |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff Dawn Thompson ("Plaintiff"), by and through her undersigned counsel of record, moves this Court, pursuant to the provisions of 28 U.S.C. §1447, for an order remanding this consumer class action, which is based entirely on state law claims, to the Superior Court for Essex County, Massachusetts. The Court should grant this Motion for the reasons set forth herein and in the accompanying Memorandum of Law.

No federal jurisdiction exists over this matter, as this action is not subject to the Class Action Fairness Act ("CAFA"). Accordingly, the removal of this action by defendants Pfizer, Inc. ("Pfizer") and Warner Lambert Company LLC, based on purported diversity jurisdiction, was improper, and this action should be remanded.

In support of this Motion, Plaintiff submits the accompanying Memorandum in Support of Motion to Remand.

WHEREFORE, Plaintiff respectfully requests that this action be remanded to the

00005186.WPD ; 1

Superior Court for Essex County, Massachusetts

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for defendants Pfizer and Warner Lambert Company LLC in a good faith effort to resolve or narrow the issues raised by this Motion, but have been unable to do so.

DATED:   June 29, 2005

                                              GILMAN AND PASTOR, LLP

By:   /s/ Douglas M. Brooks
      Douglas M. Brooks, BBO #058850
      Kenneth G. Gilman, BBO #192760
      Douglas J. Hoffman BBO #640472
      60 State Street, 37th Floor
      Boston, MA 02109
      Tel: (617) 742-9700
      Fax: (617) 742-9701

      Attorneys for Plaintiff and Proposed Class
      Representative Dawn Thompson

## CERTIFICATE OF SERVICE

      I hereby certify that on June 29, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing was served by first class mail upon the following counsel of record not identified on the NEF as electronic recipients:

| | |
|---|---|
| John E. Hall, Esq.<br>Michael Labson, Esq.<br>Covington & Burling<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Joseph F. Shea, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210-2604 |
| ***Counsel for Proctor and Gamble Company*** | ***Counsel for McNeil-PPC, Inc.*** |

                                                  GILMAN AND PASTOR, LLP

                       By:   <u>/s/ Douglas M. Brooks</u><br>                               Douglas M. Brooks, Esq.