UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DAWN THOMPSON, on her own behalf    )
and on behalf of all others similarly situated)
         Plaintiff,                 )
                                    )   CIVIL ACTION
v.                                  )   NO. 05-CV-11169
                                    )
WYETH, INC., et al.                 )
                                    )
         Defendants.                )
_____)

## NOTICE OF APPEARANCE

Joseph F. Shea, and the law firm of Nutter, McClennen & Fish, LLP, hereby file this Notice of Appearance in the above-captioned matter on behalf of defendant McNeil-PPC, Inc.

MCNEIL-PPC, INC.

By its attorneys,

NUTTER, McCLENNEN & FISH, LLP

By:   /s/ Joseph F. Shea
      Joseph F. Shea (BBO#555473)
      World Trade Center West
      155 Seaport Boulevard
      Boston, MA  02210
      617-439-2280