UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
DAWN THOMPSON, on her own behalf )
and on behalf of all others similarly situated)
      Plaintiff, )
) CIVIL ACTION
v. ) NO. 05-CV-11169
)
WYETH, INC., et al. )
)
      Defendants. )
_____)

## NOTICE OF APPEARANCE

Michelle Chassereau Jackson, and the law firm of Nutter, McClennen & Fish, LLP, hereby file this Notice of Appearance in the above-captioned matter on behalf of defendant McNeil-PPC, Inc.

      MCNEIL-PPC, INC.

      By its attorneys,

      NUTTER, McCLENNEN & FISH, LLP

      By: /s/ Michelle Chassereau Jackson
          Michelle Chassereau Jackson (BBO#654825)
          World Trade Center West
          155 Seaport Boulevard
          Boston, MA  02210
          617-439-2748

1443213.1