UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
DAWN THOMPSON, on her own behalf )
and on behalf of all others similarly situated)
          Plaintiff,                    )
                                              )     CIVIL ACTION
v.                                         )     NO. 05-CV-11169
                                              )
WYETH, INC., et al.                )
                                              )
          Defendants.             )
_____)

## CORPORATE DISCLOSURE STATEMENT OF MCNEIL-PPC, INC.

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.3, Defendant McNeil-PPC, Inc. identifies Ortho Clinical Diagnostics, Inc. as its parent corporation. McNeil-PPC, Inc. further identifies Johnson & Johnson as its ultimate parent corporation and the only publicly held corporation that directly or indirectly owns 10% or more of McNeil-PPC, Inc.'s stock.

MCNEIL-PPC, INC.,

By Its Attorneys,

  /s/  Michelle Chassereau Jackson
Joseph F. Shea (BBO #555473)
Michelle Chassereau Jackson (BBO #654825)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-9628

Dated: June 30, 2005

1443321.1