IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on her own behalf and on behalf of all others similarly situated )<br><br>Plaintiff, )<br><br>v. )<br><br>WYETH, INC., et al. )<br><br>Defendants. ) | Civil Action No. 05-cv-11169 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT RITE AID CORPORATION**

Plaintiff, by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1), hereby gives notice of voluntary dismissal of this action. Plaintiff respectfully requests the Court enter an Order dismissing the case without prejudice.

DATED: July 7, 2005

/s/ Kenneth G. Gilman
Kenneth G. Gilman, BBO #192760
Douglas J. Hoffman, BBO #640472
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel: (617) 742-9700
Fax: (617) 742-9701