UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11169

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WYETH, INC., a/k/a WYETH COMPANY f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a Division of Warner-Lambert Company, PFIZER, INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION, PRESTIGE BRAND, INC., and THE PROCTOR AND GAMBLE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE PROCTER & GAMBLE COMPANY AND**
**THE PROCTER & GAMBLE DISTRIBUTING COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant The Procter & Gamble Company (spelled incorrectly in plaintiff's case caption) states that no publicly-traded corporation owns 10 percent or more of its stock. The Procter & Gamble Company is the parent corporation of various P&G operating subsidiaries, but does not itself do business outside of Ohio, its place of incorporation. Plaintiff may have intended to name instead The Procter & Gamble Distributing

968902v1

Company, a wholly owned subsidiary of The Procter & Gamble Company.

                Respectfully submitted,

                THE PROCTER & GAMBLE
                COMPANY
                By its Attorneys,

                /s/elanders
                Edwin F. Landers, Jr., BBO#559360
                MORRISON MAHONEY LLP
                250 Summer Street
                Boston, MA  02210
                (617) 439-7500

Date:  July 8, 2005

968902v1