IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on her own behalf and on behalf of all others similarly situated ) ) ) ) Plaintiff, ) ) v. ) ) WYETH, INC., et al. ) ) Defendants. ) | Civil Action No. 05-cv-11169 |

## CORRECTED
## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RITE AID CORPORATION

Plaintiff, by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1), hereby gives notice of voluntary dismissal of defendant Rite Aid Corporation from this action. Plaintiff respectfully requests the Court enter an Order dismissing Rite Aid Corporation from this action without prejudice.

Dated: July 8, 2005

GILMAN AND PASTOR, LLP

By:   s/ Kenneth G. Gilman
Kenneth G. Gilman, BBO #192760
Douglas J. Hoffman BBO #640472
60 State Street, 37th Floor
Boston, MA 02109
Tel: (617) 742-9700
Fax: (617) 742-9701

Attorneys for Plaintiff and Proposed Class
Representative Dawn Thompson

00005358.WPD ; 1