UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11169

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>WYETH, INC., a/k/a WYETH COMPANY f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a Division of Warner-Lambert Company, PFIZER, INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION, PRESTIGE BRAND, INC., and THE PROCTOR AND GAMBLE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF MICHAEL S. LABSON
PURSUANT TO LOCAL RULE 83.5.3(b) IN SUPPORT OF
<u>MOTION FOR PERMISSION TO APPEAR PRO HAC VICE</u>**

I, Michael S. Labson, hereby certify:

I am a member of the firm of Covington & Burling. I submit this Certificate pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for the purpose of appearing pro hac vice in this action as counsel for defendant The Procter & Gamble Company.

I was admitted to practice in the State of Colorado in 1994, in the District of Columbia in 1995, and before numerous federal courts. I am a member in good standing in every jurisdiction where I have been admitted to practice.

967044v1

There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

My application to practice in this Court is on motion of a member of the bar of this Court, Edwin F. Landers, Jr., who has entered an appearance as co-counsel herein.

I hereby certify under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*[signature]*
Michael S. Labson
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000

Dated: July 7, 2005

967044v1