UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>WYETH, INC., A/K/A WYETH COMPANY F/K/A AMERICAN HOME PRODUCTS CORPORATION, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a division of WARNER-LAMBERT COMPANY, PFIZER, INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH INC., RITE-AID CORPORATION, PRESTIGE BRANDS, INC. and THE PROCTOR AND GAMBLE COMPANY,<br><br>                      Defendants. | C.A. NO.<br>05-11169-DPW |

## LOCAL RULE 7.3 DISCLOSURE

       Pursuant to Local Rule 7.3, defendant, Prestige Brands Holdings, Inc. (incorrectly named as Prestige Brands, Inc.) states that:

1. Prestige Brands Holdings, Inc is the parent of Prestige Brands, Inc. and owns all of its stock.

2. No publicly held company own more than 10% of the stock of Prestige Brands Holdings, Inc.

Dated: July 15, 2005

                                      Respectfully submitted,
                                      PRESTIGE BRANDS HOLDINGS, INC.,

                                            /s/ Mark J. Hoover
                                      Mark J. Hoover (BBO No. 564473)
                                      CAMPBELL, CAMPBELL, EDWARDS & CONROY
                                      One Constitution Plaza, 3rd Floor
                                      Boston, Massachusetts 02129
                                      Telephone: (617) 241-3000

## CERTIFICATION OF SERVICE

I hereby certify that I served the within document, by causing a copy to be delivered on by first class mail to:

Gabrielle R. Wolohojian
Edward Hale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Joseph J. Leghorn
Chris Allen
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Rory FitzPatrick
Andrew C. Glass
Kirkpatrick & Lockhard Nicholson Graham LLP
75 State Street
Boston, MA 02109

Joseph F. Shea
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John E. Hall
Michael Labson
Covington & Burling
1201 Pennsylvania Ave., N.W.
Washington, DC 20004

Kenneth G. Gilman
Gilman & Pastor
60 State Street
Boston, MA 02109

/s/ Mark J. Hoover
Mark J. Hoover