UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-11169

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WYETH, INC., a/k/a WYETH COMPANY f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a Division of Warner-Lambert Company, PFIZER, INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., RITE-AID CORPORATION, PRESTIGE BRAND, INC., and THE PROCTOR AND GAMBLE COMPANY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER OF THE COURT FOR SUBSTITUTION OF PARTY DEFENDANT**

Upon application and in consideration thereof, it is hereby ORDERED and ADJUDGED that "The Procter & Gamble Distributing Company" is substituted as the defendant in this action in place of "The Proctor and Gamble Company."

_____
United States District Judge

970028v1