IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, INC., et al.<br><br>Defendants. | Civil Action No. 05-11169-DPW |

**DEFENDANTS' JOINT MOTION TO
DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Wyeth, Inc. a/k/a Wyeth Company f/k/a American Home Products Corporation; Pfizer Inc.; Warner-Lambert Company LLC, improperly named as Warner-Lambert Company, on behalf of itself and its unincorporated Parke-Davis division; McNeil-PPC, Inc.; Prestige Brands, Inc.; and The Procter & Gamble Distributing Company hereby respectfully move the Court to dismiss the Class Action Complaint in the above-captioned matter, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, defendant Novartis Corporation[1] hereby respectfully moves the Court for judgment on the pleadings with respect to the Complaint. In support of this motion, Defendants file a joint memorandum of law simultaneously herewith.

Plaintiff filed this putative class action lawsuit against various entities alleged to manufacture nonprescription pediatric cough suppressants containing the active ingredient

---

[1] Novartis Corporation answered plaintiff's Complaint on July 7, 2005.

dextromethorphan. Plaintiff seeks economic damages to recover amounts allegedly expended on these products on the grounds that the products are ineffective and that Defendants, by allegedly representing the products as effective, have defrauded Plaintiff and others similarly situated.

By this motion, Defendants ask this Court to dismiss Plaintiff's one-count common law fraud complaint as preempted by federal law. The United States Food and Drug Administration ("FDA") has specifically found – by regulation – that the products challenged by Plaintiff are safe and effective for pediatric use, and has established detailed requirements for their labeling and marketing. Plaintiff's attempt to overturn and supplant FDA's requirements through this state law action is <u>expressly prohibited</u> by section 751 of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 379r. Even without express statutory preemption, Plaintiff's claim is in direct conflict with governing FDA requirements and therefore is barred under the doctrine of implied preemption.

WHEREFORE, and for the reasons set forth in Defendants' accompanying joint memorandum of law in support of their motion to dismiss, Plaintiff's action fails as a matter of law and should be dismissed with prejudice.

## REQUEST FOR ORAL ARUGMENT

Defendants respectfully request that the Court hear oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants have conferred with counsel for Plaintiff pursuant to Local Rule 7.1(A)(2) but have been unable to reach agreement on the issues raised by this Motion.

Respectfully submitted,

| | |
|---|---|
| WYETH, INC., a/k/a Wyeth Company f/k/a American Home Products Corporation | THE PROCTER & GAMBLE DISTRIBUTING COMPANY |
| By its attorneys, | By its attorneys, |
| /s/ Gabrielle R. Wolohojian<br>Gabrielle R. Wolohojian (BBO #555704)<br>Edward E. Hale, Jr. (BBO #651272)<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Tel:  617-526-6000<br>Fax:  617-526-5000<br>gabrielle.wolohojian@wilmerhale.com<br>edward.hale@wilmerhale.com | /s/ John E. Hall<br>John E. Hall<br>Michael S. Labson<br>Wendy M. Ertmer<br>COVINGTON & BURLING<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: 202-662-5104<br>Fax: 202-778-5104<br>jhall@cov.com<br>mlabson@cov.com<br>wertmer@cov.com |
| | Edwin F. Landers, Jr. (BBO #559360)<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>Tel:  617-439-7583<br>Fax:  617-342-4967<br>elanders@morrisonmahoney.com |

| PFIZER INC. and WARNER-LAMBERT COMPANY LLC (on behalf of itself and its unincorporated Parke-Davis Division) | NOVARTIS CORPORATION |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Joseph J. Leghorn<br>Joseph J. Leghorn (BBO #292440)<br>J. Christopher Allen, Jr. (BBO #648381)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02110<br>Tel:  617-345-1000<br>Fax:  617-345-1300<br>jleghorn@nixonpeabody.com<br>callen@nixonpeabody.com | /s/ Rory FitzPatrick<br>Rory FitzPatrick (BBO #169960)<br>Andrew C. Glass (BBO #638362)<br>Ryan M. Tosi (BBO #661080)<br>KIRKPATRICK & LOCKHART<br>   NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA  02109<br>Tel:  617-261-3100<br>Fax:  617-261-3175<br>rfitzpatrick@klng.com<br>aglass@klng.com<br>rtosi@klng.com |
| PRESTIGE BRANDS, INC. | MCNEIL-PPC, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Mark J. Hoover<br>Mark J. Hoover (BBO #564473)<br>CAMPBELL, CAMPBELL, EDWARDS<br>   & CONROY, P.C.<br>One Constitution Center, Third Floor<br>Boston, MA  02129<br>Tel: 617-241-3000<br>Fax: 617-241-5115<br>mhoover@campbell-trial-lawyers.com<br><br>Charles Jolly<br>BAKER, DONELSON, BEARMAN,<br>   CALDWELL & BERKOWITZ, PC<br>1800 Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN  37450-1800<br>Tel: 931-946-8071<br>Fax: 423-756-3447<br>cjolly@bakerdonelson.com | /s/ Joseph F. Shea<br>Joseph F. Shea (BBO #555473)<br>Michelle Chassereau Jackson (BBO #654825)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA  02210-2604<br>Tel:  617-439-2000<br>Fax:  617-310-9000<br>jshea@nutter.com<br>mjackson@nutter.com |

5

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record by electronic service on July 27, 2005.

                                                  /s/ John E. Hall
                                                  John E. Hall