UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                   )
DAWN THOMPSON, on behalf of                        )
herself and all others similarly situated,         )
                                                   )
                    Plaintiff,                     )
                                                   )
          v.                                       )        Civil Action No. 05-11169-DPW
                                                   )
WYETH, INC., et al.                                )
                                                   )
                    Defendants.                    )
_____            )

### JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR LEAVE FOR DEFENDANTS TO REPLY TO SAME

Plaintiff Dawn Thompson and defendants Wyeth, Inc. a/k/a Wyeth Company f/k/a American Home Products Corporation, Pfizer Inc., Warner-Lambert Company LLC (improperly named as Warner-Lambert Company), on behalf of itself and its unincorporated Parke-Davis division, Novartis Corporation, McNeil-PPC, Inc., Prestige Brands, Inc., and The Procter & Gamble Distributing Company hereby respectfully request that the Court: (1) extend the period of time in which plaintiff has to respond to defendants' pending motion to dismiss the above-captioned matter by an additional twenty-one (21) days, up through and including August 31, 2005; and (2) grant defendants leave to file a reply memorandum to plaintiff's response, up through and including September 21, 2005.

As grounds for this joint motion, the parties state as follows:

1.      On July 27, 2005, defendants moved to dismiss the Complaint on the grounds that plaintiff's common law fraud claim is expressly and/or impliedly preempted by federal law.

2.      To address the legal issues raised by defendants' federal law preemption argument, plaintiff requests additional time in preparing her response.  Defendants have assented to plaintiff's request to have through August 31, 2005, to respond to the motion to dismiss.

3.      Similarly, to permit defendants the opportunity – in advance of the hearing on the motion – to respond to any opposition by the plaintiff, defendants request the opportunity to file a reply memorandum with the Court.  Plaintiff has assented to defendants' request to have through September 21, 2005, to file a reply memorandum to plaintiff's response of no more than ten (10) pages.

4.      The Court has scheduled a hearing on the motion for November 9, 2005.  Neither plaintiff's request for an extension of time to respond to defendants' motion to dismiss nor defendants' request for leave to file a reply memorandum will interfere with the hearing date.

WHEREFORE, the parties respectfully request that the Court: (1) extend the period of time in which plaintiff has to respond to defendants' pending motion to dismiss the above-captioned matter by an additional twenty-one (21) days, up through and including August 31, 2005; and (2) grant defendants leave to file a reply memorandum to plaintiff's response of no more than ten (10) pages, on or before September 21, 2005.

Respectfully submitted,

DAWN THOMPSON,

By her attorneys,


/s/ Kenneth G. Gilman
Kenneth G. Gilman
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel: 617-742-9700
Fax:  617-742-9701
kgilman@gilmanpastor.com

THE PROCTER & GAMBLE
DISTRIBUTING COMPANY,

By its attorneys,


/s/ John E. Hall
John E. Hall
Michael S. Labson
Wendy M. Ertmer
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: 202-662-5104
Fax: 202-778-5104
jhall@cov.com
mlabson@cov.com
wertmer@cov.com


Edwin F. Landers, Jr. (BBO #559360)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Tel:  617-439-7583
Fax:  617-342-4967
elanders@morrisonmahoney.com


PFIZER INC. and WARNER-LAMBERT
COMPANY LLC (on behalf of itself and its
unincorporated Parke-Davis Division)

By their attorneys,

/s/ Joseph J. Leghorn
Joseph J. Leghorn (BBO #292440)
J. Christopher Allen, Jr. (BBO #648381)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Tel:  617-345-1000
Fax:  617-345-1300
jleghorn@nixonpeabody.com
callen@nixonpeabody.com

NOVARTIS CORPORATION,

By its attorneys,

/s/ Rory FitzPatrick
Rory FitzPatrick (BBO #169960)
Andrew C. Glass (BBO #638362)
Ryan M. Tosi (BBO #661080)
KIRKPATRICK & LOCKHART
     NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109
Tel:  617-261-3100
Fax:  617-261-3175
rfitzpatrick@klng.com
aglass@klng.com
rtosi@klng.com

PRESTIGE BRANDS, INC.

By its attorneys,

/s/ Charles Jolly
Charles Jolly
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450-1800
Tel: 931-946-8071
Fax: 423-756-3447

Mark J. Hoover (BBO #564473)
CAMPBELL, CAMPBELL, EDWARDS
   & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA  02129
Tel:  617-241-3000
Fax:  617-241-5115
mhoover@campbell-trial-lawyers.com

WYETH, INC., a/k/a Wyeth Company f/k/a
American Home Products Corporation,

By their attorneys,

/s/ Gabrielle R. Wolohojian
Gabrielle R. Wolohojian (BBO #555704)
Edward E. Hale, Jr. (BBO #651272)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  617-526-6000
Fax:  617-526-5000
gabrielle.wolohojian@wilmerhale.com
edward.hale@wilmerhale.com

MCNEIL-PPC, INC.

By its attorneys,

/s/ Joseph F. Shea
Joseph F. Shea (BBO #555473)
Michelle Chassereau Jackson (BBO #654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
Tel:  617-439-2000
Fax:  617-310-9000
jshea@nutter.com
mjackson@nutter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record by electronic service on August 10, 2005.

/s/ Ryan M. Tosi
Ryan M. Tosi