UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYETH, INC., a/k/a Wyeth Company, f/k/a American Home Products Corporation, WARNER-LAMBERT COMPANY, PARKE-DAVIS, a division of Warner-Lambert Company, PFIZER INC., MCNEIL-PPC, INC., NOVARTIS CORPORATION, NOVARTIS CONSUMER HEALTH, INC., PRESTIGE BRANDS, INC., and THE PROCTER & GAMBLE DISTRIBUTING COMPANY,<br><br>Defendants. | C.A. No. 05-11169-DPW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dawn Thompson and defendants Wyeth, Inc. a/k/a Wyeth Company f/k/a American Home Products Corporation, Pfizer Inc., Warner-Lambert Company LLC (improperly named as Warner-Lambert Company), on behalf of itself and its unincorporated Parke-Davis division, Novartis Corporation, Novartis Consumer Health, Inc., McNeil-PPC, Inc., Prestige Brands, Inc., and The Procter & Gamble Distributing Company, by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

BOS-892727 v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DAWN THOMPSON, | THE PROCTER & GAMBLE DISTRIBUTING COMPANY, |
| By her attorneys, | By its attorneys, |
| /s/ Kenneth G. Gilman (with permission) | /s/ John E. Hall (with permission) |
| Kenneth G. Gilman (BBO #192760) | John E. Hall  (*Admitted Pro Hac Vice*) |
| GILMAN AND PASTOR, LLP | Michael S. Labson  (*Admitted Pro Hac Vice*) |
| 60 State Street, 37th Floor | Wendy M. Ertmer  (*Admitted Pro Hac Vice*) |
| Boston, MA 02109 | COVINGTON & BURLING |
| Tel: 617-742-9700 | 1201 Pennsylvania Ave., N.W. |
| Fax:  617-742-9701 | Washington, DC 20004 |
| kgilman@gilmanpastor.com | Tel: 202-662-5104 |
|  | Fax: 202-778-5104 |
|  | jhall@cov.com |
|  | mlabson@cov.com |
|  | wertmer@cov.com |
|  |  |
|  | Edwin F. Landers, Jr. (BBO #559360) |
|  | MORRISON MAHONEY LLP |
|  | 250 Summer Street |
|  | Boston, MA 02210 |
|  | Tel:  617-439-7583 |
|  | Fax:  617-342-4967 |
|  | elanders@morrisonmahoney.com |
| PFIZER INC. and WARNER-LAMBERT COMPANY LLC (on behalf of itself and its unincorporated Parke-Davis Division) | NOVARTIS CORPORATION and NOVARTIS CONSUMER HEALTH, INC., |
| By their attorneys, | By its attorneys, |
| /s/ Joseph J. Leghorn (with permission) | /s/ Andrew C. Glass |
| Joseph J. Leghorn (BBO #292440) | Rory FitzPatrick (BBO #169960) |
| J. Christopher Allen, Jr. (BBO #648381) | Andrew C. Glass (BBO #638362) |
| NIXON PEABODY LLP | Ryan M. Tosi (BBO #661080) |
| 100 Summer Street | KIRKPATRICK & LOCKHART |
| Boston, MA  02110 |     NICHOLSON GRAHAM LLP |
| Tel:  617-345-1000 | 75 State Street |
| Fax:  617-345-1300 | Boston, MA  02109 |
| jleghorn@nixonpeabody.com | Tel:  617-261-3100 |
| callen@nixonpeabody.com | Fax:  617-261-3175 |
|  | rfitzpatrick@klng.com |
|  | aglass@klng.com |
|  | rtosi@klng.com |

| | |
|---|---|
| PRESTIGE BRANDS, INC. | MCNEIL-PPC, INC. |
| By its attorneys, | By its attorneys, |

/s/ Robert W. Sauser (with permission)  
Robert W. Sauser  
BAKER, DONELSON, BEARMAN,  
   CALDWELL & BERKOWITZ, PC  
1800 Republic Centre  
633 Chestnut Street  
Chattanooga, TN  37450-1800  
Tel: 423-752-4404  
Fax: 423-752-9567  
rsauser@bakerdonelson.com  

Mark J. Hoover (BBO #564473)  
CAMPBELL, CAMPBELL, EDWARDS  
   & CONROY, P.C.  
One Constitution Center, Third Floor  
Boston, MA  02129  
Tel:  617-241-3000  
Fax:  617-241-5115  
mhoover@campbell-trial-lawyers.com  

WYETH, INC., a/k/a Wyeth Company f/k/a American Home Products Corporation,

By their attorneys,

/s/ Gabrielle R. Wolohojian (with permission)  
Gabrielle R. Wolohojian (BBO #555704)  
Edward E. Hale, Jr. (BBO #651272)  
WILMER CUTLER PICKERING HALE  
   AND DORR LLP  
60 State Street  
Boston, MA  02109  
Tel:  617-526-6000  
Fax:  617-526-5000  
gabrielle.wolohojian@wilmerhale.com  
edward.hale@wilmerhale.com  

Dated: August 31, 2005

/s/ Joseph F. Shea (with permission)  
Joseph F. Shea (BBO #555473)  
Michelle Chassereau Jackson (BBO #654825)  
NUTTER MCCLENNEN & FISH LLP  
World Trade Center West  
155 Seaport Boulevard  
Boston, MA  02210-2604  
Tel:  617-439-2000  
Fax:  617-310-9000  
jshea@nutter.com  
mjackson@nutter.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record by electronic service on August 31, 2005.

             /s/Andrew C. Glass
              Andrew C. Glass